# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS BERMUDEZ CHAVEZ,<br><br>　　　　　Defendant. | Criminal Case No.: 11CR3321-JLS<br><br>JUDGMENT AND<br>ORDER DISMISSING INDICTMENT<br><br>Date: September 14, 2011<br>Time: 2:00p.m. |

Upon application of the United States and good cause showing, IT IS HEREBY ORDERED that the indictment in the above-captioned case be dismissed without prejudice.

Dated: September 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　
Hon. Janis L. Sammartino
United States District Court Judge